## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTONE LAMANDINGO KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-12-163-M |
| | ) | |
| GINA HENDRYX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On April 12, 2012, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983.  The Magistrate Judge recommended that the Court: (1) vacate the February 21, 2012 Order granting leave to proceed *in forma pauperis*, (2) deny plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, and (3) dismiss this action without prejudice unless plaintiff pays the full $350.00 filing fee within twenty days from the date of an order adopting the Report and Recommendation.  Plaintiff was advised of his right to object to the Report and Recommendation by May 2, 2012.  Plaintiff has timely filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1)     ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 12, 2012;

(2)     VACATES the February 21, 2012 Order granting leave to proceed *in forma pauperis* [docket no. 8];

(3)     DENIES plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [docket no. 2]; and

(4)     DISMISSES this action without prejudice unless plaintiff pays the full $350.00 filing fee on or before May 24, 2012.

**IT IS SO ORDERED this 4th day of May, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE